**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 240 WAL 2014
: 
                 Respondent : 
: Petition for Allowance of Appeal
: from the Order of the Superior Court
        v. : 
: 
: 
: 
ANDRE LAMAR YATES, : 
: 
           Petitioner : 

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of September, 2014, the Petition for Allowance of Appeal is **DENIED**.